ACCEPTED
06-14-00232-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/13/2015 5:23:52 PM
DEBBIE AUTREY
CLERK

IN THE COURT OF APPEALS FOR THE
SIXTH DISTRICT OF TEXAS AT TEXARKANA

| | | |
|---|---|---|
| **CHRISTI BETH PERRIN,** | § | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| APPELLANT | § | |
| | § | 5/13/2015 5:23:52 PM |
| v. | § | No. 06-14-00232-CR DEBBIE AUTREY |
| | § | Clerk |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| APPELLEE | § | |

## STATE'S FIRST MOTION FOR EXTENSION OF TIME
## TO FILE STATE'S BRIEF

COMES NOW, the State of Texas, by and through the Criminal District Attorney of Collin County, Greg Willis, and tenders, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), this motion for an extension of time to file the State's brief. In support of this motion, the State would show the following:

I.

The Court below is County Court at Law Four of Collin County, Texas. The case is styled *State of Texas v. Christi Beth Perrin,* cause number 004-82924-2014.

II.

Appellee was convicted by a jury of driving while intoxicated and sentenced to six days in the county jail.

1

III.

The State's brief is due on May 13, 2015. The State has not previously requested an extension of time. The case is not yet set for submission. The State is requesting this extension so that it might adequately address the issues at hand. The extension is not requested for the purpose of an improper delay.

IV.

The State alleges good cause exists for the extension due to the undersigned's schedule. The undersigned has tried two jury trials in the last ten days and has an active trial docket with several trials scheduled in the next month. The undersigned has also recently been tasked with new duties within the office, which have required training.

WHEREFORE, premises considered, the State respectfully requests that the Court grant the State's motion to extend the time to file its brief for **thirty days**, until **June 13, 2015**.

Respectfully submitted,

**GREG WILLIS**
Criminal District Attorney
Collin County, Texas

**JOHN R. ROLATER, JR.**
Assistant Criminal District Attorney
Chief of the Appellate Division

2

/s/ Erik F. Gierczyk
**ERIK F. GIERCZYK**
Assistant Criminal District Attorney
2100 Bloomdale Rd., Ste. 200
McKinney, Texas 75071
State Bar No. 24082333
(972) 548-3657
FAX (214) 491-4860
egierczyk@co.collin.tx.us

<u>**CERTIFICATE OF SERVICE**</u>

A true copy of the State's First Motion for Extension of Time to File State's Brief has been electronically served on counsel for Appellant, John Schomburger, and a courtesy copy emailed to jschomburger@gmail.com, on this, the 13th day of May, 2015.

/s/ Erik F. Gierczyk
Erik F. Gierczyk